Jeremy Pyle (OSB ID 110157)
PRICE LAW GROUP
15760 Ventura Blvd., Suite 1100
Encino, CA 91436

G. Thomas Martin, III (SBN 218456)
PRICE LAW GROUP
15760 Ventura Blvd., Suite 1100
Encino, CA 91436

T: (818) 907-2030; F: (818) 205-2730
jeremy@mpslawoffices.com
tom@plglawfirm.com

Attorneys for Plaintiff,
**KAREN BRADLEY**

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| **KAREN BRADLEY,**<br>    Plaintiff,<br><br>vs.<br><br>**DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 through 10, inclusive,**<br>    Defendant. | Case No.: 6:12-cv-01991-AA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 through 10, inclusive,** |

    Plaintiff, Karen Bradley, by counsel, and Defendant, Diversified Collection Services, Inc.; and Does 1 through 10, inclusive, by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against

Diversified Collection Services, Inc.; and Does 1 through 10, inclusive, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: January 24, 2013

    RESPECTFULLY SUBMITTED,
By: /s/Jeremy Pyle
Jeremy Pyle
(OSB ID 110157)
G. Thomas Martin, III
(SBN 218456)
PRICE LAW GROUP
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030
F: (818) 205-2730
jeremy@mpslawoffices.com
tom@plglawfirm.com
Attorneys for Plaintiff,
Karen Bradley

DATED: January 21, 2013

By: /s/ Jeffrey I. Hasson
Jeffrey I. Hasson
Attorneys at Law
Davenport & Hasson, LLP
12707 NE. Halsey Street
Portland, OR 97230
Phone: (503) 255-5352
Facsimile No.: (503) 255-6124
E-Mail: hasson@dhlaw.biz
Oregon State Bar No. 872419
Attorney for Defendant Diversified Collection Services, Inc.