Jeremy Pyle (OSB ID 110157)
PRICE LAW GROUP
15760 Ventura Blvd., Suite 1100
Encino, CA  91436

G. Thomas Martin, III (SBN 218456)
PRICE LAW GROUP
15760 Ventura Blvd., Suite 1100
Encino, CA  91436

T: (818) 907-2030; F: (818) 205-2730
jeremy@mpslawoffices.com
tom@plglawfirm.com

Attorneys for Plaintiff,
**KAREN BRADLEY**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **KAREN BRADLEY,**<br>Plaintiff,<br><br>vs.<br><br>**DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 through 10, inclusive,**<br>Defendant. | **Case No.: 6:12-cv-01991-AA**<br><br>[PROPOSED] **ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 through 10, inclusive,** |

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Karen

Bradley against Defendant Diversified Collection Services, Inc.; and Does 1 through 10,

inclusive, are dismissed, with prejudice. Plaintiff Karen Bradley and Defendant Diversified

STIPULATION AND [PROPOSED] ORDER OF DIMISSAL WITH PREJUDICE

3

Collection Services, Inc.; and Does 1 through 10, inclusive, shall each bear their own costs and attorneys' fees.

Date:___1/28/2013___                     _____

JUDGE, United States District Court,

District of Oregon