**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

KAREN BRADLEY,

                **Plaintiff,**

    v.                              Civil No. 6:12-cv-01991-AA

DIVERSIFIED COLLECTION
SERVICES, INC.; and DOES 1
through 10, inclusive,

                **Defendants.**

## JUDGMENT

This action is dismissed.

Dated: January 30, 2013.

                MARY L. MORAN, Clerk

                by /s/ L. Graham
                    L. Graham, Deputy Clerk